# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miguel Angel ACATZIHUA-Temoxtle**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-03230MJ** |
| Complaint for violation of Title 18, United States Code, Section 111(a) and 111(b) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count One:
On or about May 31, 2022, in the District of Arizona, Defendant **Miguel Angel ACATZIHUA-Temoxtle** did intentionally and forcibly assault United States Border Patrol Agent I. S., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while said agent was engaged in and on account of the performance of his official duties, by intentionally attempting to strangle said agent by tightening the agent's lanyard hanging around his neck and threatening "I'll fucking kill you if you don't let me go" and in the commission of such assault, did use a deadly and dangerous weapon, to wit: a lanyard; all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

Count Two:
On or about May 31, 2022, in the District of Arizona, Defendant **Miguel Angel ACATZIHUA-Temoxtle** did intentionally and forcibly assault United States Border Patrol Agent J. W., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while said agent was engaged in and on account of the performance of his official duties, by intentionally grabbing said agent's genitals causing him to yell in pain; all in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 31, 2022, at approximately 6:30 p.m. at or near the area of Newfield, Arizona, on the Tohono O'odham Nation, in the District of Arizona, United States Border Patrol Agents J. W. and I. S., as part of their official duties, were assigned to Border Patrol operations at the San Miguel Forward Operating Base Area of Operations when they received information that several groups of non-citizens were passing through the Ocheros Wash near the waterfall in the Baboquivari Mountain range. When the agents arrived at the area at 7:30 p.m. they observed a group of four suspected non-citizens approaching their location. The agents verbally identified themselves in Spanish as Border Patrol Agents and gave the group verbal commands to stop. Two subjects were compliant, however, two others absconded leaving their backpacks behind. BPA I. S. pursued the fleeing subjects. After a short foot chase, the agent was unable to apprehend the subjects and returned to the other agent's location. The agents remained in the wash to see if the subjects who fled would return for their backpacks. At approximately 9:40 p.m. BPA I. S. inspected an area of dense vegetation where he saw movement of one of the subjects later identified as Defendant **Miguel Angel ACATZIHUA-Temoxtle**.

**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA Raquel Arellano *R. Arellano* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Leslie A. Bowman* | DATE<br>June 2, 2022 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

ACATZIHUA again fled by running up the other side of the wash while BPA I. S. pursued in and out of washes. While they were climbing the side of the side of a wash, ACATZIHUA kicked several large boulders above the agent to slow his pursuit. When the agent came out of the wash, he saw ACATZIHUA concealing himself in-between three or four yucca plants. The agent approached and grabbed ACATZIHUA's right shoulder and right wrist to try to detain him. ACATZIHUA said, "I'm done, I'm good." When the agent relaxed his grip to retrieve his handcuffs, ACATZIHUA took the agent's flashlight out of the agent's left hand. The agent continued to give commands to stop resisting. The two struggled over the flashlight for a few seconds. ACATZIHUA became more aggressive by pushing the flashlight into the agent's face under his left eye and mouth. When the agent struck ACATZIHUA with his right hand under his left eye several times, ACATZIHUA dropped the flashlight. The agent was in a full mount position over ACATZIHUA, who was on his back. ACATZIHUA then grabbed the agent's lanyard that had the agent's night vision goggles hanging around the agent's neck. ACATZIHUA attempted to strangle the agent with the lanyard by tightening it around his neck and forcing it into a rear motion. While the subject did this, he threatened "I'll fucking kill you if you don't let me go." The lanyard broke.

A few seconds later, BPA J. W. arrived at their location to assist BPA I. S in detaining the subject. BPA J. W. commanded "stop resisting, there's two of us." ACATZIHUA responded, "I'll fuck both you up." ACATZIHUA was still on his back with BPA I. S. still in the mount position. BPA J. W. grabbed one of ACATZIHUA's hands. During the struggle, ACATZIHUA aggressively grabbed BPA J. W.'s genitals causing him to yell in pain.

The two agents ultimately detained ACATZIHUA and arrested him.

In a post-*Miranda* statement, ACATZIHUA stated that he was in the country illegally and tried to flee from the agent. He said that he tried to get ahold of the agent's flashlight but was not able to get control of it. He admitted that he hit the agent in the face with his left hand while holding the flashlight with his right hand. He admitted that when the agent struck him, he grabbed the agent's cord that was holding the agent's night vision goggles and tightened it up to force the agent to release him so that he could escape. He stated that when the agent's partner arrived, he tried to grab the second agent's leg by his genitals but failed to do so. He stated that he continued to try to escape but was not able to and was eventually apprehended.